abuse cases.

23.    A class action is superior to other alternative methods of adjudicating this

dispute. Individual cases are not economically feasible. Many debtors may not realize that their

rights are violated.

**WHEREFORE**, the Court should enter judgment in favor of plaintiff and

the class members and against the defendant for:

(1)    Statutory damages;

(2)    Attorney's fees, litigation expenses and costs of suit;

(3)    Such other and further relief as the Court deems proper.

### DEMAND FOR TRIAL BY JURY

Plaintiff requests trial by jury on all issues so triable.

Dated:  New York, New York
October 27, 2010

THE PLAINTIFF

By:  _____
      Shimshon Wexler (SW-0770)

The Law Offices of Shimshon Wexler, P.C.
2664 Broadway
New York, NY 10025
(212) 760-2400
swexler@collectorabuselaw.com

# EXHIBIT A

NATIONWIDE CREDIT, INC.
2015 VAUGHN RD, BLDG 400, KENNESAW GA-30144.
(877) 383-4576

10/07/2010

RE:  AMERICAN EXPRESS TRAVEL RELATED SE # **377263057072000**
BAL. **$ 470.32**

We are writing to confirm the settlement offer that we made to you on behalf of
American Express. We and American Express Travel Related Services Company, Inc. agree
to settle your account for **$ 150.00**

**On or before,**

**01. Date: 10/07/2010 (MM/DD/YYYY) Amount:       $150.00**


Please make your check payable to American Express Related SE and send it to us in
time for it to arrive as per the above dates. After the due date this offer will no
longer apply and we will request the full balance immediately.


If you have any questions about this matter, call our toll free at **(877) 383-4576**

**Accepting this offer will end your obligation for the debt, at a substantial cost
savings compared to your account balance.**


The total account balance as of the date of this letter is shown above. You account
balance may increase due to interest or other charges, if so provided in your
agreement with your creditor.


PO BOX 740640
ATLANTA, GA 30374


ID NUMBER: 10251110374
ACCOUNT NO: 377263057072000
BALANCE DUE: $ 470.32

                                    RE: AMERICAN EXPRESS TRAVEL RELATED SE
10251110374                                   02136501D
HERSKOVITZ, JOEL


2 KROLLA DR UNIT 301                      NATIONWIDE CREDIT, INC
MONROE                                        PO BOX 26314
NY 10950.                                 LEHIGH VALLEY, PA 18002